UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 12-60082-CIV-SCOLA/OTAZO-REYES

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

v.

BANKATLANTIC BANCORP, INC. and
ALAN B. LEVAN,

    Defendants.
_____/

## ORDER VACATING
## REPORT AND RECOMMENDATION RE: D.E. 148, 155, 159 & 156

Upon review of the Order Referring Motions to Magistrate Judge, wherein the Honorable Robert N. Scola, Jr., United States District Judge, referred Docket Entries 148, 149, 155, 156, 158 and 159 to the undersigned "*to be heard and determined* in accordance with [] 28 U.S.C. § 636(b)(1)(A) and Rule 1(c) of the Local Magistrate Judge Rules" [D.E. 169], the undersigned hereby VACATES her Report and Recommendation RE: D.E. 148, 155, 159 & 156 submitted on November 13, 2013 [D.E. 270] and separately issues an Order RE: D.E. 148, 155, 159 & 156 setting forth the same findings and conclusions as the Report and Recommendation.

DONE AND ORDERED in chambers, at Miami, Florida this 14th day of November, 2013.

                                      _____
                                      ALICIA M. OTAZO-REYES
                                      UNITED STATES MAGISTRATE JUDGE

cc:    U.S. District Judge Robert N. Scola, Jr.
        Counsel of Record