# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:12-cv-60082-DPG

SECURITIES AND EXCHANGE COMMISSION,

      Plaintiff,

v.

BANKATLANTIC BANCORP, INC. and
ALAN B. LEVAN,

      Defendants.

_____/

# PARTIES' AMENDED PROPOSED VERDICT FORMS

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION | STEARNS WEAVER MILLER WEISSLER ALHADEFF & SITTERSON, P.A. |
| James M. Carlson | Eugene E. Stearns |
| Russell Koonin | Gordon M. Mead, Jr. |
| Andrew O. Schiff | Matthew C. Dates |
| 801 Brickell Avenue, Suite 1800 | Cecilia D. Simmons |
| Miami, Florida 33131 | Jenea M. Reed |
| Telephone: (305) 982-6300 | Museum Tower, Suite 2200 |
| Facsimile: (305) 536-4154 | 150 West Flagler Street |
| | Miami, Florida 33130 |
| | Telephone:  (305) 789-3200 |
| | Facsimile: (305) 789-3395 |

# DEFENDANTS' AMENDED PROPOSED VERDICT FORM

## *PART ONE — DISCLOSURE OF TRENDS OR UNCERTAINTIES*

**1.  ITEM 303 CLAIM AGAINST BBX**

Did the SEC prove that BBX, in its disclosures relating to the period from January 1, 2007 to June 30, 2007, knowingly or with severe recklessness failed to disclose known trends or uncertainties reasonably believed by BBX management to likely and materially impact future BBX earnings?

Yes   ___

No    ___

*If the answer to question 1 is "no" you should not answer question 2 but should proceed directly to question 3.  If you answered question 1 "yes" you should proceed to question 2.*

**2.  ITEM 303 CLAIM AGAINST ALAN LEVAN**

Did the SEC prove that Alan Levan, for BBX's disclosures relating to the period from January 1, 2007 to June 30, 2007, knowingly or with severe recklessness caused BBX to fail to disclose known trends or uncertainties reasonably believed by him to likely and materially impact future BBX earnings?

Yes   ___

No    ___

### *PART TWO — SECURITIES CLAIMS REGARDING BBX'S DISCLOSURES FOR THE FIRST AND SECOND QUARTERS*

**3. SECURITIES FRAUD CLAIM AGAINST BBX (SECTION 10(b) and RULE 10b-5)**

a. Did the SEC prove that, in BBX's disclosures relating to the period from January 1, 2007 to June 30, 2007, BBX made one or more material misrepresentations or omitted one or more material facts that reasonable investors would like to know to make an informed investment decision?

Yes   \_\_\_

No   \_\_\_

*If the answer to question 3a is "no," you should not answer questions 3b through 8, but should proceed directly to question 9. If you answered "yes" to question 3a, you should proceed to question 3b.*

b. Did the SEC prove that BBX acted "knowingly" or with "severe recklessness" in connection with any such material misrepresentation or omission of material fact?

Yes   \_\_\_

No   \_\_\_

*If the answer to question 3b is "no," you should not answer questions 4 or 5, but should proceed directly to question 6. If you answered "yes" to question 3a, you should proceed to question 3b.*

**4. SECURITIES FRAUD CLAIM AGAINST ALAN LEVAN (SECTION 10(b) and RULE 10b-5)**

a. Did the SEC prove that Alan Levan, either directly or through BBX's disclosures relating to the period from January 1, 2007 to June 30, 2007, made one or more material misrepresentations or omitted one or more material facts that reasonable investors would like to know to make an informed investment decision?

Yes   \_\_\_

No   \_\_\_

*If the answer to question 4a is "no," you should not answer questions 4b but should proceed directly to question 5.  If you answered "yes" to question 4a you should proceed to question 4b.*

b. Did the SEC prove that Alan Levan acted "knowingly" or with "severe recklessness" in connection with such material misrepresentation or omission of material fact?

Yes   ____

No   ____

## 5. AIDING AND ABETTING SECURITIES FRAUD DISCLOSURE CLAIM AGAINST ALAN LEVAN

*If the answer to question 3a or 3b was "no," you should not answer questions 5a and 5b and should proceed directly to question 6.*

a. Did the SEC prove that Alan Levan had general awareness that his role in BBX's disclosures regarding BankAtlantic's non-BLB loans and relating to the period from January 1, 2007 to June 30, 2007 was part of an overall activity that was improper?

Yes   ____

No   ____

b. Did the SEC prove that Alan Levan knowingly and substantially assisted BBX's violations of Section 10(b) and Rule 10b-5?

Yes   ____

No   ____

## 6. FALSE CERTIFICATION CLAIM AGAINST ALAN LEVAN (RULE 13a-14)[1]

a. Did the SEC prove that Alan Levan knowingly violated Rule 13a-14 by signing a false certification of BBX's 10-Qs for the first and second quarters of 2007?

---

[1] Defendants reserve their objection, which was raised in their motion to dismiss and rejected by Judge Scola, that this issue should not be submitted to the jury because Rule 13a-14 does not create a cause of action. *See SEC v. Black*, 2008 WL 4394891, at *16-17 (N.D. Ill. Sept. 24, 2008).

4

Yes   ____

No   ____


**7.  SECTION 13(a)  CLAIM AGAINST BBX**

Did the SEC prove that BBX violated Section 13(a) of the Exchange Act and Rules 12b-20, 13a-1, and 13a-13 by filing first and second quarter 10-Qs in 2007 that contained materially false or misleading statements regarding BankAtlantic's non-BLB loans?

Yes   ____

No   ____

*If the answer to question 7 is "no," you should not answer question 8, but should proceed directly to question 9.  If you answered "yes" to question 7, you should proceed to question 8.*


**8.  ADDITIONAL AIDING AND ABETTING CLAIM AGAINST ALAN LEVAN**

Did the SEC prove that Alan Levan aided and abetted BBX's primary violation of Section 13(a) of the Exchange Act and Rules 12b-20, 13a-1, and 13a-13?

Yes   ____

No   ____

## *PART THREE — SECURITIES CLAIMS REGARDING THE HELD-FOR-SALE ALLEGATIONS*

**9.   SECURITIES FRAUD CLAIM AGAINST BBX (SECTION 10(b) and RULE 10b-5)**

    a.   Did the SEC prove that on or before December 2007, BBX made a decision to sell the loans listed in the "Project Bingo" documents?

              Yes   \_\_\_

              No   \_\_\_

        *If the answer to question 9a is "no," you should not answer any remaining questions, your task is completed and you should simply sign and date your verdict.  If you answered "yes" to question 9a, you should proceed to question 9b.*

    b.   Did the SEC prove that the fair value of the loans listed on the "Project Bingo" documents was materially lower than the value of the same loans reflected in BBX's 2007 Form 10-K?

              Yes   \_\_\_

              No   \_\_\_

        *If the answer to question 9b is "no," you should not answer any remaining questions, your task is completed and you should simply sign and date your verdict. If you answered "yes" to question 9b, you should proceed to question 9c.*

    c.   Did the SEC prove that, in connection with its held for sale claim, BBX acted "knowingly" or with "severe recklessness"?

              Yes   \_\_\_

              No   \_\_\_

**10. SECURITIES FRAUD AGAINST ALAN LEVAN (SECTION 10(b) and RULE 10b-5)**

    a.   Did the SEC prove that Alan Levan made a material misrepresentation in BBX's 2007 Form 10-K by accounting for the "Project Bingo" loans as held for investment rather than held for sale?

Yes   ___

No   ___

*If the answer to question 10a is "no," you should not answer question 10b but should proceed directly to question 11. If you answered "yes" to question 10, you should proceed to question 10b.*

   b.  Did the SEC prove that in connection with the publication of BBX's financial statement at December 31, 2007, Alan Levan acted "knowingly" or with "severe recklessness?"

Yes   ___

No   ___

## 11. AIDING AND ABETTING SECURITIES FRAUD CLAIM AGAINST ALAN LEVAN

*If the answer to question 10a or 10b is "no," you should not answer question 11a-b but should proceed directly to question 12.*

   a.  Did the SEC prove that Alan Levan had general awareness that his role in BBX's disclosures regarding the value of the "Project Bingo" loans at December 31, 2007 was part of an overall activity that was improper?

Yes   ___

No   ___

*If the answer to question 11a is "no," you should not answer question 11b but should proceed directly to question 12. If you answered "yes" to question 11a, you should proceed to question 11b.*

   b.  Did the SEC prove that Alan Levan knowingly and substantially assisted BBX's violations of Section 10(b) and Rule 10b-5?

Yes   ___

No   ___

**12. VARIOUS SECURITIES LAW CLAIMS AGAINST ALAN LEVAN (SECTION 13(b)(5) AND RULES 13b2-1, 13b2-2, and 13a-14)[2]**

a.      Did the SEC prove that Alan Levan knowingly violated Section 13(b)(5) of the Exchange Act by failing to implement or circumventing a system of internal accounting controls at BBX on the held-for-sale issue?

Yes   ____

No   ____

b.      Did the SEC prove that Alan Levan knowingly violated Rule 13b2-1 by falsifying or causing to be falsified BBX's books regarding the accounting status of the "Project Bingo" loans?

Yes   ____

No   ____

c.      Did the SEC prove that Alan Levan knowingly violated Rule 13b2-2 by making materially false or misleading statements to an accountant on the held for sale issue?

Yes   ____

No   ____

d.      Did the SEC prove that Alan Levan knowingly violated Rule 13a-14 by signing a false certification of BBX's 2007 Form 10-K?[3]

Yes   ____

No   ____

---

[2] The SEC pleaded four unrelated violations as a single count in its amended complaint. Accordingly, the verdict form should not commingle these alleged violations. Defendants agreed to present the verdict form in this manner for the convenience of the Court only.

[3] Defendants reserve their objection, which was raised in their motion to dismiss and rejected by Judge Scola, that this issue should not be submitted to the jury because Rule 13a-14 does not create a cause of action. *See SEC v. Black*, 2008 WL 4394891, at *16-17 (N.D. Ill. Sept. 24, 2008).

## 13. VARIOUS SECURITIES LAW CLAIMS AGAINST BBX (SECTION 13(a), SECTION 13(b)(2)(A) AND SECTION 13(b)(2)(B))

     a.    Did the SEC prove that BBX violated Section 13(a) of the Exchange Act and Rules 12b-20, 13a-1, and 13a-13 by filing a 2007 Form 10-K that contained materially false or misleading statements regarding the accounting status of the "Project Bingo" loans?

         Yes   ____

         No    ____

     b.    Did the SEC prove that BBX violated Section 13(b)(2)(A) of the Exchange Act by failing to make and keep accurate books, records, and accounts regarding the accounting status of the "Project Bingo" loans?

         Yes   ____

         No    ____

     c.    Did the SEC prove that BBX violated Section 13(b)(2)(B) of the Exchange Act by failing to devise a system of internal accounting controls regarding the accounting status of the "Project Bingo" loans?

         Yes   ____

         No    ____

## 14. ADDITIONAL AIDING AND ABETTING CLAIMS AGAINST ALAN LEVAN

       *If the answer to question 13a was "no," you should not answer question 14a but should proceed directly to question 14b.*

     a.    Did the SEC prove that Alan Levan aided and abetted BBX's primary violation of Section 13(a) of the Exchange Act and Rules 12b-20, 13a-1, and 13a-13?

         Yes   ____

         No    ____

*If the answer to question 13b was "no," you should not answer question 14b but should proceed directly to question 14c.*

b.      Did the SEC prove that Alan Levan aided and abetted BBX's primary violation of Section 13(b)(2)(A) of the Exchange Act?

Yes     ____

No      ____

*If the answer to question 13c was "no," you should not answer question 14c.*

c.      Did the SEC prove that Alan Levan aided and abetted BBX's primary violation of Section 13(b)(2)(B) of the Exchange Act?

Yes     ____

No      ____

SO SAY WE ALL.

_____
Foreperson

DATED: _____

# PLAINTIFF'S AMENDED PROPOSED VERDICT FORM

## COUNT I

### Rule 10b-5(a)—Disclosure Claim

**1a.**    In connection with the disclosure claim, as defined by the Court in its instructions, did BBX Capital Corp**.**, formerly known as BankAtlantic Bancorp, Inc**.** ("BBX"), violate Rule 10b-5(a), as promulgated under Section 10(b) of the Securities Exchange Act of 1934 ("Exchange Act")?

YES_____          NO_____

**1b.**    In connection with the disclosure claim, did Alan Levan violate Rule 10b-5(a) as promulgated under Section 10(b) of the Exchange Act?

YES_____          NO_____

### Rule 10b-5(a)—Held for Sale Claim

**2a.**    In connection with the held-for-sale claim, as defined by the Court in its instructions, did BBX Capital Corp**.**, formerly known as BankAtlantic Bancorp, Inc**.** ("BBX"), violate Rule 10b-5(a), as promulgated under Section 10(b) of the Exchange Act?

YES_____          NO_____

**2b.**    In connection with the held-for-sale claim, did Alan Levan violate Rule 10b-5(a) as promulgated under Section 10(b) of the Exchange Act?

YES_____          NO_____

11

**<u>Rule 10b-5(b)—First Quarter 2007 Earnings Conference Call</u>**

**3a.**     During BBX's earnings conference call for First Quarter 2007 on April 26, 2007, did BBX violate Rule 10b-5(b) as promulgated under Section 10(b) of the Exchange Act?

YES_____          NO_____

**3b.**     During BBX's earnings conference call for First Quarter 2007 on April 26, 2007, did Alan Levan violate Rule 10b-5(b) as promulgated under Section 10(b) of the Exchange Act?

YES_____          NO_____

**<u>Rule 10b-5(b)—First Quarter 2007 10-Q</u>**

**4a.**     In BBX's first quarter 2007 Form 10-Q dated May 10, 2007, did BBX violate Rule 10b-5(b) as promulgated under Section 10(b) of the Exchange Act?

YES_____          NO_____

**4b.**     In BBX's first quarter 2007 Form 10-Q dated May 10, 2007, did Alan Levan violate Rule 10b-5(b) as promulgated under Section 10(b) of the Exchange Act?

YES_____          NO_____

**<u>Rule 10b-5(b)—Second Quarter 2007 Earnings Conference Call</u>**

**5a.**     During BBX's earnings conference call for Second Quarter 2007, on July 25, 2007, did BBX violate Rule 10b-5(b) as promulgated under Section 10(b) of the Exchange Act?

YES_____          NO_____

**5b.**     During BBX's earnings conference call for Second Quarter 2007, on July 25, 2007, did Alan Levan violate Rule 10b-5(b) as promulgated under Section 10(b) of the Exchange Act?

YES_____          NO_____

## Rule 10b-5(b)—Second Quarter 2007 10-Q

**6a.**     In BBX's second quarter 2007 Form 10-Q dated August 9, 2007, did BBX violate Rule 10b-5(b) as promulgated under Section 10(b) of the Exchange Act?

YES_____          NO_____

**6b.**     In BBX's second quarter 2007 Form 10-Q dated August 9, 2007, did Alan Levan violate Rule 10b-5(b) as promulgated under Section 10(b) of the Exchange Act?

YES_____          NO_____

## Rule 10b-5(b)—2007 10-K (Held for Sale Claim)

**7a.**     In BBX's 2007 Form 10-K dated March 17, 2008, did BBX violate Rule 10b-5(b) as promulgated under Section 10(b) of the Exchange Act?

YES_____          NO_____

**7b.**     In BBX's 2007 Form 10-K dated March 17, 2008, did Alan Levan violate Rule 10b-5(b) as promulgated under Section 10(b) of the Exchange Act?

YES_____          NO_____

## Rule 10b-5(c)—Disclosure Claim

**8a.**     In connection with the disclosure claim, did BBX violate Rule 10b-5(c) as promulgated under Section 10(b) of the Exchange Act?

YES_____          NO_____

**8b.**     In  connection with the disclosure claim, did Alan Levan violate Rule 10b-5(c) as promulgated under Section 10(b) of the Exchange Act?

YES_____          NO_____

**<u>Rule 10b-5(c)—Held for Sale Claim</u>**

**9a.**     In connection with the held for sale claim, did BBX violate Rule 10b-5(c) as promulgated under Section 10(b) of the Exchange Act?

YES_____                    NO_____

**9b.**     In  connection with the held for sale claim, did Alan Levan violate Rule 10b-5(c) as promulgated under Section 10(b) of the Exchange Act?

YES_____                    NO_____

**<u>COUNT II</u>**

**<u>Rule 10b-5(a)—Aiding and Abetting—Disclosure Claim</u>**

**10.**

      **1)**     **If you answered YES to Question 1b, skip this question.**

      **2)**     **If you answered NO to Question 1a, and NO to Question 1b, skip this question.**

      **3)**     **If you answered YES to Question 1a, and NO to Question 1b, please answer the following:**

In connection with the disclosure claim, did Alan Levan aid and abet BBX's primary violation of Rule 10b-5(a) as promulgated under Section 10(b) of the Exchange Act?

YES_____                    NO_____

### Rule 10b-5(a)—Aiding and Abetting—Held for Sale Claim

**11.**

      **1)**    **If you answered YES to Question 2b, skip this question.**

      **2)**    **If you answered NO to Question 2a, and NO to Question 2b, skip this question.**

      **3)**    **If you answered YES to Question 2a, and NO to Question 2b, please answer the following:**

In connection with the disclosure claim, did Alan Levan aid and abet BBX's primary violation of Rule 10b-5(a) as promulgated under Section 10(b) of the Exchange Act?

      YES_____           NO_____

### Rule 10b-5(b)—Aiding and Abetting—First Quarter 2007 Earnings Conference Call

**12.**

      **1)**    **If you answered YES to Question 3b, skip this question.**

      **2)**    **If you answered NO to Question 3a, and NO to Question 3b, skip this question.**

      **3)**    **If you answered YES to Question 3a, and NO to Question 3b, please answer the following:**

During the earnings conference call for the First Quarter 2007, on April 26, 2007, did Alan Levan aid and abet BBX's primary violation of Rule 10b-5(b) as promulgated under Section 10(b) of the Exchange Act?

      YES_____           NO_____

**Rule 10b-5(b)—Aiding and Abetting—First Quarter 2007 10-Q**

**13.**

    **1)**    **If you answered YES to Question 4b, skip this question.**

    **2)**    **If you answered NO to Question 4a, and NO to Question 4b, skip this question.**

    **3)**    **If you answered YES to Question 4a, and NO to Question 4b, please answer the following:**

In BBX's first quarter 2007 Form 10-Q dated May 10, 2007, did Alan Levan aid and abet BBX's primary violation of Rule 10b-5(b) as promulgated under Section 10(b) of the Exchange Act?

          YES_____          NO_____


**Rule 10b-5(b)—Aiding and Abetting—Second Quarter 2007 Earnings Conference Call**

**14.**

    **1)**    **If you answered YES to Question 5b, skip this question.**

    **2)**    **If you answered NO to Question 5a, and NO to Question 5b, skip this question.**

    **3)**    **If you answered YES to Question 5a, and NO to Question 5b, please answer the following:**

During the earnings conference call for the Second Quarter 2007, on July 25, 2007, did Alan Levan aid and abet BBX's primary violation of Rule 10b-5(b) as promulgated under Section 10(b) of the Exchange Act?

          YES_____          NO_____

### Rule 10b-5(b)—Aiding and Abetting—Second Quarter 2007 10-Q

**15.**

**1)**     **If you answered YES to Question 6b, skip this question.**

**2)**     **If you answered NO to Question 6a, and NO to Question 6b, skip this question.**

**3)**     **If you answered YES to Question 6a, and NO to Question 6b, please answer the following:**

In BBX's second quarter 2007 Form 10-Q dated August 9, 2007, did Alan Levan aid and abet BBX's primary violation of Rule 10b-5(b) as promulgated under Section 10(b) of the Exchange Act?

YES_____        NO_____

### Rule 10b-5(b)—Aiding and Abetting—2007 10-K (Held for Sale Claim)

**16.**

**1)**     **If you answered YES to Question 7b, skip this question.**

**2)**     **If you answered NO to Question 7a, and NO to Question 7b, skip this question.**

**3)**     **If you answered YES to Question 7a, and NO to Question 7b, please answer the following:**

In BBX's 2007 Form 10-K, dated March 17, 2008, did Alan Levan aid and abet BBX's primary violation of Rule 10b-5(b) as promulgated under Section 10(b) of the Exchange Act?

YES_____        NO_____

**Rule 10(b)-5(c)—Aiding and Abetting—Disclosure Claim**

**17.**

1)     **If you answered YES to Question 8b, skip this question.**

2)     **If you answered NO to Question 8a, and NO to Question 8b, skip this question.**

3)     **If you answered YES to Question 8a, and NO to Question 8b, please answer the following:**

Did Alan Levan aid and abet BBX's primary violation of Rule 10b-5(c) as promulgated under Section 10(b) of the Exchange Act?

YES_____          NO_____


**Rule 10(b)-5(c)—Aiding and Abetting—Held for Sale Claim**

**18.**

1)     **If you answered YES to Question 9b, skip this question.**

2)     **If you answered NO to Question 9a, and NO to Question 9b, skip this question.**

3)     **If you answered YES to Question 9a, and NO to Question 9b, please answer the following:**

Did Alan Levan aid and abet BBX's primary violation of Rule 10b-5(c) as promulgated under Section 10(b) of the Exchange Act?

YES_____          NO_____

## COUNT III

### Section 13(b)(5)—Internal Controls—Held for Sale Claim

**19.** Did Alan Levan violate Section 13(b)(5) of the Exchange Act in connection with the held-for-sale claim?

YES_____               NO_____

### Rule 13a-14—Certification of First Quarter 2007 Form 10-Q

**20.** In connection with BBX's First Quarter 2007 Form 10-Q, did Alan Levan violate Rule 13a-14 as promulgated under Section 13 of the Exchange Act?

YES_____               NO_____

### Rule 13a-14—Certification of Second Quarter 2007 Form 10-Q

**21.** In connection with BBX's Second Quarter 2007 Form 10-Q, did Alan Levan violate Rule 13a-14 as promulgated under Section 13 of the Exchange Act?

YES_____               NO_____

### Rule 13a-14—Certification of 2007 Form 10-K (Held for Sale Claim)

**22.** In connection with BBX's 2007 Form 10-K, did Alan Levan violate Rule 13a-14 as promulgated under Section 13 of the Exchange Act?

YES_____               NO_____

### Rule 13b2-1—Falsifying Books and Records—2007 Form 10-K (Held for Sale Claim)

**23.** In connection with BBX's 2007 Form 10-K,, did Alan Levan violate Rule 13b2-1 as promulgated under Section 13 of the Exchange Act?

YES_____               NO_____

**Rule 13b2-2—False Statements to Accountant (Held for Sale Claim)**

24.     Did Alan Levan violate Rule 13b2-2 as promulgated under Section 13 of the

Exchange Act?

YES_____          NO_____


**COUNT IV**

**Section 13(a) of the Exchange Act and Rules 12b-20, 13a-1, and 13a-13—**
**First Quarter 2007 Form 10-Q**

25.     In connection with its First Quarter 2007 Form 10-Q, did BBX violate Section

13(a) of the Exchange Act and Rules 12b-20, 13a-1, and 13a-13?

YES_____          NO_____


**Section 13(a) of the Exchange Act and Rules 12b-20, 13a-1, and 13a-13—**
**Second Quarter 2007 Form 10-Q**

26.     In connection with its Second Quarter 2007 Form 10-Q, did BBX violate Section

13(a) of the Exchange Act and Rules 12b-20, 13a-1, and 13a-13?

YES_____          NO_____


**Section 13(a) of the Exchange Act and Rules 12b-20, 13a-1, and 13a-13—**
**2007 Form 10-K (Held for Sale Claim)**

27.     In connection with its 2007 Form 10-K, did BBX violate Section 13(a) of the

Exchange Act and Rules 12b-20, 13a-1, and 13a-13?

YES_____          NO_____

<u>**COUNT V**</u>

<u>**Section 13(a) of the Exchange Act and Rules 12b-20, 13a-1, and 13a-13—**</u>
<u>**Aiding and Abetting—First Quarter 2007 Form 10-Q**</u>

**28.**

**If your answer to Question 25 is NO, skip this question.   If your answer to Question 25 is YES, please answer the following:**

In connection with BBX's First Quarter 2007 Form 10-Q, did Alan Levan aid and abet BBX's primary violation of Section 13(a) of the Exchange Act and Rules 12b-20, 13a-1, and 13a-13?

YES_____              NO_____


<u>**Section 13(a) of the Exchange Act and Rules 12b-20, 13a-1, and 13a-13—**</u>
<u>**Aiding and Abetting—Second Quarter 2007 Form 10-Q**</u>

**29.**

**If your answer to Question 26 is NO, skip this question.   If your answer to Question 26 is YES, please answer the following:**

In connection with BBX's Second Quarter 2007 Form 10-Q, did Alan Levan aid and abet BBX's primary violation of Section 13(a) of the Exchange Act and Rules 12b-20, 13a-1, and 13a-13?

YES_____              NO_____

**Section 13(a) of the Exchange Act and Rules 12b-20, 13a-1, and 13a-13—
Aiding and Abetting—2007 Form 10-K (Held for Sale Claim)**

**30.**

**If your answer to Question 27 is NO, skip this question.   If your answer to Question 27 is YES, please answer the following:**

In connection with BBX's Second Quarter 2007 Form 10-Q, did Alan Levan aid and abet BBX's primary violation of Section 13(a) of the Exchange Act and Rules 12b-20, 13a-1, and 13a-13?

YES_____                NO_____

**COUNT VI**

**Section 13(b)(2)(A) of the Exchange Act—Accurate Books and Records—
2007 Form 10K (Held for Sale Claim)**

**31.**     In connection with its 2007 Form 10K, did BBX violate Section 13(b)(2)(A) of the Exchange Act?

YES_____                NO_____

## COUNT VII

### Section 13(b)(2)(A) of the Exchange Act—Aiding and Abetting—Accurate Books and Records 2007 Form 10K (Held for Sale Claim)

**32.**

**If your answer to Question 31 is NO, skip this question.   If your answer to Question 31 is YES, please answer the following:**

Did Alan Levan aid and abet BBX's primary violation of Section 13(b)(2)(A) of the Exchange Act?

YES_____          NO_____

## COUNT VIII

### Section 13(b)(2)(B) of the Exchange Act—Internal Accounting Controls (Held for Sale Claim)

**33.**     Did BBX violate Section 13(b)(2)(B) of the Exchange Act?

YES_____          NO_____

## COUNT IX

**Section 13(b)(2)(B) of the Exchange Act—Aiding and Abetting—
Internal Accounting Controls (Held for Sale Claim)**

**34.**

**If your answer to Question 33 is NO, skip this question, and sign and date the verdict form.  If your answer to Question 33 is YES, please answer the following:**

Did Alan Levan aid and abet BBX's primary violation of Section 13(b)(2)(B) of the Exchange Act?

YES_____          NO_____


SO SAY WE ALL


Dated: _____          _____
                                      FOREPERSON

SECURITIES AND EXCHANGE
COMMISSION
801 Brickell Avenue, Suite 1800
Miami, Florida 33131
Telephone: (305) 982-6300
Facsimile: (305) 536-4154

*Counsel for Plaintiff*

By: /s/ Andrew Schiff
James M. Carlson
Court ID No. A5501534
E-mail: CarlsonJa@sec.gov
Russell Koonin
Fla. Bar No. 474479
Email: KooninR@sec.gov
Andrew Schiff
Court ID No. A5501900
Email: SchiffA@sec.gov

BANKATLANTIC BANCORP, INC. and
ALAN LEVAN

*Counsel for Defendants*

By: /s/ Jenea M. Reed
Eugene E. Stearns, Esq.
Florida Bar No. 149335
Email:  estearns@stearnsweaver.com
Gordon M. Mead, Jr., Esq.
Florida Bar No. 49896
Email:  gmead@stearnsweaver.com
Matthew C. Dates
Florida Bar No. 90994
Email:  mdates@stearnsweaver.com
Cecilia D. Simmons
Florida Bar No. 469726
Email:  csimmons@stearnsweaver.com
Jenea M. Reed
Florida Bar No. 84599
Email:  jreed@stearnsweaver.com

STEARNS WEAVER MILLER WEISSLER
ALHADEFF & SITTERSON, P.A.
Museum Tower, Suite 2200
150 West Flagler Street
Miami, Florida 33130
Telephone: (305) 789-3200
Facsimile: (305) 789-3395

<u>**CERTIFICATE OF SERVICE**</u>

  I HEREBY CERTIFY that on this 11th day of December, 2014, I electronically filed the

foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing

document is being served this day on all counsel of record identified on the attached Service List

via transmission of Notices of Electronic Filing generated by CM/ECF.


               /s/ Jenea M. Reed
                Jenea M. Reed

## SERVICE LIST

*Securities and Exchange Commission v. BankAtlantic Bancorp, Inc. and Alan B. Levan*
Case No. 0:12-cv-60082-DPG
United States District Court, Southern District of Florida

James M. Carlson
carlsonja@sec.gov
Russell Koonin
kooninr@sec.gov
Andrew O. Schiff
schiffa@sec.gov
Brian P. Knight
knightb@sec.gov
SECURITIES AND EXCHANGE COMMISSION
801 Brickell Avenue
Suite 1800
Miami, FL 33131
Telephone: (305) 982-6300

*Attorneys for Plaintiff*