UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:12-cv-60082-GAYLES/TURNOFF

SECURITIES AND EXCHANGE COMMISSION,

Plaintiff,

v.

BANKATLANTIC BANCORP, INC. and
ALAN B. LEVAN,

Defendants.

_____/

## JURY VERDICT

## COUNT I

### Rule 10b-5(a)—Device, Scheme or Artifice to Defraud

**1a.** Do you find from a preponderance of the evidence that BBX Capital Corp., knowingly or with severe recklessness, used a "device, scheme, or artifice to defraud" in connection with BBX's public disclosures during the period January 1, 2007 through August 9, 2007?

YES_____          NO____✓____

**1b.** Do you find from a preponderance of the evidence that Alan Levan, knowingly or with severe recklessness, used a "device, scheme, or artifice to defraud" in connection with BBX's public disclosures during the period January 1, 2007 through August 9, 2007?

YES_____          NO____✓____

**2a.**   Do you find from a preponderance of the evidence that BBX Capital Corp., knowingly or with severe recklessness, used a "device, scheme, or artifice to defraud" in connection with the held for sale issue?

YES____✓____          NO_____

**2b.**   Do you find from a preponderance of the evidence that Alan Levan, knowingly or with severe recklessness, used a "device, scheme, or artifice to defraud" in connection with the held for sale issue?

YES____✓____          NO_____

## Rule 10b-5(b)—First Quarter 2007 Earnings Conference Call

**3a.**   Do you find from a preponderance of the evidence that during BBX's earnings conference call for First Quarter 2007, on April 26, 2007, BBX, acting "knowingly" or with "severe recklessness," made a false statement of material fact or omitted a material fact?

YES_____          NO____✓____

**3b.**   Do you find from a preponderance of the evidence that during BBX's earnings conference call for First Quarter 2007, on April 26, 2007, Levan, acting "knowingly" or with "severe recklessness," made a false statement of material fact or omitted a material fact?

YES_____          NO____✓____

2

## Rule 10b-5(b)—First Quarter 2007 10-Q

**4a.**     Do you find from a preponderance of the evidence that in BBX's Form 10-Q for First Quarter 2007, on May 10, 2007, BBX, acting "knowingly" or with "severe recklessness," made a false statement of material fact or omitted a material fact?

YES_____          NO_____✓_____

**4b.**     Do you find from a preponderance of the evidence that in BBX's Form 10-Q for First Quarter 2007, on May 10, 2007, Levan, acting "knowingly" or with "severe recklessness," made a false statement of material fact or omitted a material fact?

YES_____          NO_____✓_____

## Rule 10b-5(b)—Second Quarter 2007 Earnings Conference Call

**5a.**     Do you find from a preponderance of the evidence that the statements made during BBX's earnings conference call for Second Quarter 2007, on July 25, 2007, were material and that BBX made them "knowingly" or with "severe recklessness"?

YES_____✓_____          NO_____

**5b.**     Do you find from a preponderance of the evidence that the statements made during BBX's earnings conference call for Second Quarter 2007, on July 25, 2007, were material and that Levan made them "knowingly" or with "severe recklessness"?

YES_____✓_____          NO_____

## Rule 10b-5(b)—Second Quarter 2007 10-Q

**6a.** Do you find from a preponderance of the evidence that in BBX's Form 10-Q for Second Quarter 2007, on August 9, 2007, BBX, acting "knowingly" or with "severe recklessness," made a false statement of material fact or omitted a material fact?

YES_____ NO_____✓_____

**6b.** Do you find from a preponderance of the evidence that in BBX's Form 10-Q for Second Quarter 2007, on August 9, 2007, Levan, acting "knowingly" or with "severe recklessness," made a false statement of material fact or omitted a material fact?

YES_____ NO_____✓_____

## Rule 10b-5(b)—2007 10-K (Held for Sale Claim)

**7a.** Do you find from a preponderance of the evidence that in BBX's 2007 Form 10-K on March 17, 2008, BBX, acting "knowingly" or with "severe recklessness," made a false statement of material fact or omitted a material fact?

YES_____✓_____ NO_____

**7b.** Do you find from a preponderance of the evidence that in BBX's 2007 Form 10-K on March 17, 2008, Levan, acting "knowingly" or with "severe recklessness," made a false statement of material fact or omitted a material fact?

YES_____✓_____ NO_____

### Rule 10b-5(c)—Fraudulent Practice or Course of Dealing

**8a.**     Do you find from a preponderance of the evidence that BBX, knowingly or with severe recklessness, engaged in an act, practice, or course of business that operated or would operate as a fraud or deceit on any shareholder or prospective investor in connection with BBX's public disclosures during the period January 1, 2007 through August 9, 2007?

YES____✓____          NO_____

**8b.**     Do you find from a preponderance of the evidence that Alan Levan, knowingly or with severe recklessness, engaged in an act, practice, or course of business that operated or would operate as a fraud or deceit on any shareholder or prospective investor in connection with BBX's public disclosures during the period January 1, 2007 through August 9, 2007?

YES____✓____          NO_____

**9a.**     Do you find from a preponderance of the evidence that BBX, knowingly or with severe recklessness, engaged in an act, practice, or course of business that operated or would operate as a fraud or deceit on any shareholder or prospective investor in connection with the held for sale issue?

YES____✓____          NO_____

**9b.**     Do you find from a preponderance of the evidence that Alan Levan, knowingly or with severe recklessness, engaged in an act, practice, or course of business that operated or would operate as a fraud or deceit on any shareholder or prospective investor in connection with the held for sale issue?

YES____✓____          NO_____

## COUNT II

### Rule 10b-5(a)—Aiding and Abetting—Device, Scheme or Artifice to Defraud—January through August 2007 Disclosures

10.

      1)     **If you answered YES to Question 1b, skip this question.**

      2)     **If you answered NO to Question 1a, and NO to Question 1b, skip this question.**

      3)     **If you answered YES to Question 1a, and NO to Question 1b, please answer the following:**

Did Alan Levan knowingly and substantially assist BBX's primary violation of Rule 10b-5(a) as promulgated under Section 10(b) of the Exchange Act in connection with BBX's January through August 2007 disclosures?

        YES_____             NO_____

### Rule 10b-5(a)—Aiding and Abetting—Device, Scheme or Artifice to Defraud—Held for Sale Claim

11.

      1)     **If you answered YES to Question 2b, skip this question.**

      2)     **If you answered NO to Question 2a, and NO to Question 2b, skip this question.**

      3)     **If you answered YES to Question 2a, and NO to Question 2b, please answer the following:**

Did Alan Levan knowingly and substantially assist BBX's primary violation of Rule 10b-5(a) as promulgated under Section 10(b) of the Exchange Act?

        YES_____             NO_____

**Rule 10b-5(b)—Aiding and Abetting—First Quarter 2007 Earnings Conference Call**

12.

> 1) If you answered YES to Question 3b, skip this question.
>
> 2) If you answered NO to Question 3a, and NO to Question 3b, skip this question.
>
> 3) If you answered YES to Question 3a, and NO to Question 3b, please answer the following:

During the earnings conference call for the First Quarter 2007, on April 26, 2007, did Alan Levan knowingly and substantially assist BBX's primary violation of Rule 10b-5(b) as promulgated under Section 10(b) of the Exchange Act?

YES_____                    NO_____

**Rule 10b-5(b)—Aiding and Abetting—First Quarter 2007 10-Q**

13.

> 1) If you answered YES to Question 4b, skip this question.
>
> 2) If you answered NO to Question 4a, and NO to Question 4b, skip this question.
>
> 3) If you answered YES to Question 4a, and NO to Question 4b, please answer the following:

In BBX's first quarter 2007 Form 10-Q dated May 10, 2007, did Alan Levan knowingly and substantially assist BBX's primary violation of Rule 10b-5(b) as promulgated under Section 10(b) of the Exchange Act?

YES_____                    NO_____

### Rule 10b-5(b)—Aiding and Abetting—Second Quarter 2007 Earnings Conference Call

14.

    1)      **If you answered YES to Question 5b, skip this question.**

    2)      **If you answered NO to Question 5a, and NO to Question 5b, skip this question.**

    3)      **If you answered YES to Question 5a, and NO to Question 5b, please answer the following:**

During the earnings conference call for the Second Quarter 2007, on July 25, 2007, did Alan Levan knowingly and substantially assist BBX's primary violation of Rule 10b-5(b) as promulgated under Section 10(b) of the Exchange Act?

    YES_____          NO_____

### Rule 10b-5(b)—Aiding and Abetting—Second Quarter 2007 10-Q

15.

1)      **If you answered YES to Question 6b, skip this question.**

2)      **If you answered NO to Question 6a, and NO to Question 6b, skip this question.**

3)      **If you answered YES to Question 6a, and NO to Question 6b, please answer the following:**

In BBX's second quarter 2007 Form 10-Q dated August 9, 2007, did Alan Levan knowingly and substantially assist BBX's primary violation of Rule 10b-5(b) as promulgated under Section 10(b) of the Exchange Act?

    YES_____          NO_____

### Rule 10b-5(b)—Aiding and Abetting—2007 10-K (Held for Sale Claim)

16.

1)      If you answered YES to Question 7b, skip this question.

2)      If you answered NO to Question 7a, and NO to Question 7b, skip this question.

3)      If you answered YES to Question 7a, and NO to Question 7b, please answer the following:

In BBX's 2007 Form 10-K, dated March 17, 2008, did Alan Levan knowingly and substantially assist BBX's primary violation of Rule 10b-5(b) as promulgated under Section 10(b) of the Exchange Act?

YES_____          NO_____


### Rule 10(b)-5(c)—Aiding and Abetting——Fraudulent Practice or Course of Dealing-- January through August 2007 Disclosures

17.

1)      If you answered YES to Question 8b, skip this question.

2)      If you answered NO to Question 8a, and NO to Question 8b, skip this question.

3)      If you answered YES to Question 8a, and NO to Question 8b, please answer the following:

Did Alan Levan knowingly and substantially assist BBX's primary violation of Rule 10b-5(c) as promulgated under Section 10(b) of the Exchange Act in connection with BBX's January through August 2007 disclosures?

YES_____          NO_____

9

### <u>Rule 10(b)-5(c)—Aiding and Abetting— Fraudulent Practice or Course of Dealing--Held for Sale Issue</u>

18.

1)    **If you answered YES to Question 9b, skip this question.**

2)    **If you answered NO to Question 9a, and NO to Question 9b, skip this question.**

3)    **If you answered YES to Question 9a, and NO to Question 9b, please answer the following:**

Did Alan Levan knowingly and substantially assist BBX's primary violation of Rule 10b-5(c) as promulgated under Section 10(b) of the Exchange Act in connection with the held for sale issue?

YES_____          NO_____

## <u>COUNT III</u>

### <u>Section 13(b)(5)—Internal Controls—Held for Sale Claim</u>

19.    Did Alan Levan knowingly fail to implement a system of internal accounting controls at BBX or circumvent a system of accounting controls at BBX?

YES____✓____          NO_____

### <u>Rule 13a-14—Certification of First Quarter 2007 Form 10-Q</u>

20.    Did Alan Levan knowingly falsely certify that BBX's First Quarter 2007 Form 10-Q fully complied with the requirements of the Securities Exchange Act and fairly presented in all material respects the financial condition and results of operations of BBX for that period?

YES_____          NO____✓____

## Rule 13a-14—Certification of Second Quarter 2007 Form 10-Q

21.     Did Alan Levan knowingly falsely certify that BBX's Second Quarter 2007 Form 10-Q fully complied with the requirements of the Securities Exchange Act and fairly presented in all material respects the financial condition and results of operations of BBX for that period?

YES_____          NO____✓____

## Rule 13a-14—Certification of 2007 Form 10-K (Held for Sale Claim)

22.     Did Alan Levan knowingly falsely certify that BBX's 2007 Form 10-K fully complied with the requirements of the Securities Exchange Act and fairly presented in all material respects the financial condition and results of operations of BBX?

YES____✓____          NO_____

## Rule 13b2-1—Falsifying Books and Records—2007 Form 10-K (Held for Sale Claim)

23.     In connection with BBX's 2007 Form 10-K, did Alan Levan knowingly falsify or cause to be falsified any book, record, or account of BBX?

YES____✓____          NO_____

## Rule 13b2-2—False Statements to Accountant (Held for Sale Claim)

24.     Did Alan Levan make or cause to be made a materially false or misleading statement to an accountant?

YES____✓____          NO_____

## COUNT IV

### Section 13(a) of the Exchange Act and Rules 12b-20, 13a-1, and 13a-13— First Quarter 2007 Form 10-Q

25. Did BBX make a materially false or misleading statement or omission in its First Quarter 2007 Form 10-Q?

YES_____          NO____✓____

### Section 13(a) of the Exchange Act and Rules 12b-20, 13a-1, and 13a-13— Second Quarter 2007 Form 10-Q

26. Did BBX make a materially false or misleading statement or omission in its Second Quarter 2007 Form 10-Q?

YES_____          NO____✓____

### Section 13(a) of the Exchange Act and Rules 12b-20, 13a-1, and 13a-13— 2007 Form 10-K (Held for Sale Claim)

27. Did BBX make a materially false or misleading statement or omission in its 2007 Form 10-K?

YES____✓____          NO_____

12

COUNT V

**Section 13(a) of the Exchange Act and Rules 12b-20, 13a-1, and 13a-13—
Aiding and Abetting—First Quarter 2007 Form 10-Q**

28.

**If your answer to Question 25 is NO, skip this question. If your answer to Question 25 is YES, please answer the following:**

In connection with BBX's First Quarter 2007 Form 10-Q, did Alan Levan knowingly and substantially assist BBX's primary violation of Section 13(a) of the Exchange Act and Rules 12b-20, 13a-1, and 13a-13?

YES_____ NO_____

**Section 13(a) of the Exchange Act and Rules 12b-20, 13a-1, and 13a-13—
Aiding and Abetting—Second Quarter 2007 Form 10-Q**

29.

**If your answer to Question 26 is NO, skip this question. If your answer to Question 26 is YES, please answer the following:**

In connection with BBX's Second Quarter 2007 Form 10-Q, did Alan Levan knowingly and substantially assist BBX's primary violation of Section 13(a) of the Exchange Act and Rules 12b-20, 13a-1, and 13a-13?

YES_____ NO_____

13

**Section 13(a) of the Exchange Act and Rules 12b-20, 13a-1, and 13a-13—**
**Aiding and Abetting—2007 Form 10-K (Held for Sale Claim)**

30.

**If your answer to Question 27 is NO, skip this question.   If your answer to Question 27**

**is YES, please answer the following:**

In connection with BBX's 2007 Form 10-K, did Alan Levan knowingly and substantially

assist BBX's primary violation of Section 13(a) of the Exchange Act and Rules 12b-20, 13a-1,

and 13a-13?

YES____✓____          NO_____


## COUNT VI

**Section 13(b)(2)(A) of the Exchange Act—Accurate Books and Records—**
**2007 Form 10K (Held for Sale Claim)**

31.     Did BBX fail to make and keep books, records, and accounts, which, in reasonable

detail, accurately and fairly reflected the transactions and dispositions of BBX's assets in 2007?

YES____✓____          NO_____

14

## COUNT VII

### Section 13(b)(2)(A) of the Exchange Act—Aiding and Abetting—Accurate Books and Records 2007 Form 10K (Held for Sale Claim)

**32.**

**If your answer to Question 31 is NO, skip this question.   If your answer to Question 31 is YES, please answer the following:**

Did Alan Levan knowingly and substantially assist BBX's primary violation of Section 13(b)(2)(A) of the Exchange Act?

YES_____✓_____          NO_____


## COUNT VIII

### Section 13(b)(2)(B) of the Exchange Act—Internal Accounting Controls (Held for Sale Claim)

**33.**   Did BBX fail to devise and maintain a system of internal accounting controls sufficient to reasonably assure that transactions were recorded as necessary to prepare financial statements that conformed to generally accepted accounting principles?

YES_____✓_____          NO_____

## COUNT IX

**Section 13(b)(2)(B) of the Exchange Act—Aiding and Abetting—
Internal Accounting Controls (Held for Sale Claim)**

34.

**If your answer to Question 33 is NO, skip this question, and sign and date the verdict form.  If your answer to Question 33 is YES, please answer the following:**

Did Alan Levan knowingly and substantially assist BBX's primary violation of Section 13(b)(2)(B) of the Exchange Act?

YES____ ✓____                          NO_____

SO SAY WE ALL

Dated: ___12/15/2014___

                                    FOREPERSON